UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MANUEL TRUEBLOOD (#129374)

VERSUS                                          CIVIL ACTION

ABDULLA YOSUFF                                  NUMBER 04-853-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that summary judgment shall be GRANTED, *sua sponte*, in favor of the defendant and against the plaintiff, dismissing the plaintiff's action, with prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, January 7, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#44975